ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
TAE Aerospace, Inc.                                      )    ASBCA No. 63574
                                                         )
Under Contract No. W912JC-20-D-5730                      )

APPEARANCES FOR THE APPELLANT:          Sheila A. Armstrong, Esq.
                                        K&L Gates LLP
                                          Dallas, TX
                                        Tara D. Hopkins, Esq.
                                          Washington, DC
APPEARANCES FOR THE GOVERNMENT:         Dana J. Chase, Esq.
                                          Army Chief Trial Attorney
                                        LTC Benjamin W. Hogan, JA
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 24, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63574, Appeal of TAE Aerospace, Inc., rendered in conformance with the Board's Charter.

Dated: January 24, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals